# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VIESTE, LLC, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-00224-LDG-GWF |
| vs. | ) | |
| | ) | **ORDER** |
| HILL REDWOOD DEVELOPMENT, LTD., *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Hill International Inc.'s Motion to Quash Subpoena Served Upon Robert Wessels (#1), filed February 10, 2011; Defendant's Errata to Motion to Quash Subpoena Served Upon Robert Wessels (#2), filed February 10, 2011; and Defendants' *Ex Parte* Motion for Protective Order Halting Production of Records Pending Hearing Pursuant to LR 6-2 and Motion for Order Shortening Time and to Set Hearing on Defendants' Motion to Quash Subpoena Served Upon Robert Wessels Pursuant to LR 6-1 (#5), filed February 14, 2011. The Court finds good cause to set a hearing on these matters and stay the deadline for Defendant Robert Wessels to respond to the pending subpoena. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall appear for a hearing on these matters on **Tuesday, February 22, 2011** at **2:30 p.m.** in LV Courtroom 3A before the undersigned magistrate judge. Parties wishing to oppose the pending motions shall file a response on or before **Friday, February 18, 2011**.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the deadline for Defendant Robert Wessels to respond to the pending subpoena is **stayed** pending the Court's ruling on the present motions.

DATED this 15th day of February, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**